Patrice L. Bishop (182256)
pbishop@ssbla.com
**STULL, STULL & BRODY**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA 90212
Tel:    310-209-2468
Fax:    310-209-2087

*Liaison Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ROCKET FUEL INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL DERIVATIVE ACTIONS | Master Case No.:  4:15-cv-04625-PJH <br><br> **NOTICE AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL AND WAIVER OF NOTICE REQUIREMENT OF FRCP 23.1(c)** <br><br> Honorable Phyllis J. Hamilton |

1  WHEREAS, this Court entered an Order Granting Motion to Dismiss With Leave to
2  Amend on August 26, 2016 (Dkt. No. 75);

3  WHEREAS, Lead Plaintiff Victor Veloso and Plaintiffs Hugues Gervat, William Pack,
4  and Michael McCawley (collectively, "Plaintiffs") have determined not to amend their
5  complaint;

6  WHEREAS, Plaintiffs desire to dismiss the instant action, pursuant and subject to Rule
7  41(a) and Rule 23.1(c) of the Federal Rules of Civil Procedure.

8  WHEREAS, Defendants have neither answered the Complaint nor filed a motion for
9  summary judgment, rendering voluntary dismissal otherwise appropriate under Fed. R. Civ. P.
10 41(a).

11 WHEREAS, Plaintiffs submit that no notice to shareholders should be required under
12 Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will
13 receive any compensation for this dismissal, no formal notice of the action was provided prior to
14 the proposed dismissal, and the dismissal is without prejudice to other shareholders bringing suit
15 if they so choose.

16 WHEREFORE, the Plaintiffs respectfully give notice that they desire to dismiss this
17 action and request that this Court enter an order granting voluntary dismissal of this action and
18 waiving the Fed. R. Civ. P. 23.1(c) requirement that notice be provided to shareholders.

20  Dated: September 21, 2016

**STULL, STULL & BRODY**

*s/ Patrice L. Bishop*
PATRICE L. BISHOP
9430 W. Olympic Boulevard, Suite 400
Beverly Hills, CA  90212
Telephone: (310) 209-2468
Facsimile: (310) 209-2087
Email:  pbishop@ssbla.com

*Liaison Counsel for Plaintiffs*

NOTICE AND [PROPOSED] ORDER REGARDING
VOLUNTARY DISMISSAL AND WAIVER OF NOTICE
REQUIREMENT OF FRCP 23.1(C)
CASE NO. 4:15-cv-04625-PJH

-1-

-2-

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
  gegleston@gme-law.com

*Lead Counsel for Plaintiffs*

## [PROPOSED] ORDER

Based upon the Plaintiffs' Notice of Voluntary Dismissal dated September 21, 2016 and this Court's prior Order entered August 26, 2016, this action is voluntarily dismissed. Notice to shareholders under Fed. R. Civ. P. 23.1(c) is hereby not required because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation for this dismissal, no formal notice of the action was provided prior to the proposed dismissal, and the dismissal is without prejudice to other shareholders bringing suit if they so choose.

*IT IS SO ORDERED.*

DATED: _____

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE