Patrice L. Bishop (182256)
pbishop@ssbla.com
**STULL, STULL & BRODY**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA 90212
Tel: 310-209-2468
Fax: 310-209-2087

*Liaison Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ROCKET FUEL INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL DERIVATIVE ACTIONS | Master Case No.: 4:15-cv-4625-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE AND WAIVE NOTICE REQUIREMENT OF FRCP 23.1(c)**<br><br>Honorable Phyllis J. Hamilton |

WHEREAS, this Court entered an Order Granting Motion to Dismiss With Leave to Amend on August 26, 2016, on the ground that Plaintiffs had failed to adequately allege under Federal Rule of Civil Procedure 23.1 that demand on the Board of Directors of Rocket Fuel was futile (Dkt. No. 75);

WHEREAS, this Court entered a further Order Denying Proposed Voluntary Dismissal on September 28, 2016 (Dkt. No. 79);

WHEREAS, Lead Plaintiff Victor Veloso and Plaintiffs Hugues Gervat, William Pack, and Michael McCawley (collectively, "Plaintiffs") have determined not to amend their complaint;

WHEREAS, Plaintiffs desire to dismiss the instant action with prejudice pursuant to this Court's Order dated September 28, 2016 (Dkt. No. 79) and subject to Rule 41(a) and Rule 23.1(c) of the Federal Rules of Civil Procedure;

WHEREAS, Defendants are agreeable to said dismissal and have neither answered the Complaint nor filed a motion for summary judgment, rendering dismissal on these terms otherwise appropriate under Fed. R. Civ. P. 41(a);

WHEREAS, Plaintiffs submit that no notice to shareholders should be required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received nor will receive any compensation for this dismissal and no formal notice of the action was provided prior to the proposed dismissal;

WHEREAS, the Parties agree to bear their own costs and fees incurred during the litigation of the above entitled consolidated actions;

///

///

///

1   WHEREFORE, the Parties respectfully request this Court enter an order granting
2 dismissal of this action with prejudice and waiving the Fed. R. Civ. P. 23.1(c) requirement that
3 notice be provided to shareholders.

| | |
|---|---|
| Dated: October 5, 2016 | **STULL, STULL & BRODY** |
| | *s/ Patrice L. Bishop* <br> PATRICE L. BISHOP <br> 9430 W. Olympic Boulevard, Suite 400 <br> Beverly Hills, CA 90212 <br> Telephone: (310) 209-2468 <br> Facsimile: (310) 209-2087 <br> Email: pbishop@ssbla.com |
| | *Liaison Counsel for Plaintiffs* |
| | **GAINEY McKENNA & EGLESTON** <br> Thomas J. McKenna <br> Gregory M. Egleston <br> 440 Park Avenue South, 5th Floor <br> New York, NY 10016 <br> Telephone: (212) 983-1300 <br> Facsimile: (212) 983-0383 <br> Email: tjmckenna@gme-law.com <br>           gegleston@gme-law.com |
| | *Lead Counsel for Plaintiffs* |
| Dated: October 5, 2016 | **WILSON SONSINI GOODRICH & ROSATI** |
| | *s/ Nina F. Locker* <br> Nina. F. Locker (SBN 123838) <br> Rodney G. Strickland (SBN 161934) <br> Evan L. Seite (SBN 274641) <br> Joni Ostler (SBN 274641) <br> 650 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 493-9360 <br> Facsimile: (650) 565-5100 <br> Email: nlocker@wsgr.com <br>           rstrickland@wsgr.com <br>           eseite@wsgr.com <br>           jostler@wsgr.com |
| | *Counsel for Nominal Defendant Rocket Fuel Inc. and all Individual Defendants* |

Pursuant to Civil L.R. 5-1(i)(3), I, Patrice L. Bishop, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 5, 2016                              /s/ Patrice L. Bishop

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, this consolidated action and each of the actions identified below are hereby dismissed with prejudice.

1) *Veloso v. John et al.*, No. 4:15-cv-04625-PJH;

2) *Gervat v. Wootton et al.*, No. 4:16-cv-00332-PJH;

3) *Pack v. John et al.*, No. 4:16-cv-00608-PJH; and

4) *McCawley v. Wootton et al.*, No. 4:16-cv-00812-PJH

**IT IS SO ORDERED.**

DATED: October 6, 2016

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*